# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**QUINA PERRY,**

      Plaintiff,

  -vs-

                                       Case No. 13-C-742

**CAROLYN W. COLVIN,**
**Acting Commissioner of Social Security**
**Administration,**

      Defendant.

## DECISION AND ORDER

This matter comes before the Court on Quina Perry's motion for leave to proceed in forma pauperis on appeal from the denial of her application for social security disability benefits. Perry's petition demonstrates an inability to pay the costs associated with this lawsuit and her complaint reveals an actionable claim for relief. 28 U.S.C. § 1915.

Therefore, Perry's motion [ECF No. 2] is **GRANTED**.

Dated at Milwaukee, Wisconsin, this 1st day of July, 2013.

                                        **BY THE COURT:**

                                        **HON. RUDOLPH T. RANDA**
                                        **U.S. District Judge**